1004

[No. 46247-4-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DANIEL HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 00-8-00005-3, Alan R. Hancock, J., entered March 8 and March 16, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46257-1-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00288-8, Helen Halpert, J., entered March 6, 2000. *Affirmed* by unpublished per curiam opinion.

[Nos. 46263-6-I; 47530-4-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL SCOFIELD, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 98-1-04903-7, Richard M. Ishikawa, J., entered February 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46264-4-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH HUNT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08207-5, Carol A. Schapira, J., entered March 13, 2000. *Affirmed* by unpublished per curiam opinion.